**Order entered February 28, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-00542-CV**

**QADREE CAMPBELL, Appellant**

**V.**

**ANGELA MARIE PECINA A/K/A ANGELA HOWELL**
**AND GREGORY OLIVAREZ PECINA, Appellees**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01649-2018**

**ORDER**

Before the Court is appellant's February 26, 2020 motion for an extension of time to file his brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on February 26, 2020 filed as of the date of this order.

/s/ BILL WHITEHILL
   JUSTICE